IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LAUREN HARDEMAN<br>1011 Cotton Gin Road<br>Greensboro, Georgia 30642<br><br>Plaintiff,<br><br>v.<br><br>ANDREW HOWARD KLINE<br>1940 Pleasantville Road<br>Forest Hill, Maryland 21050<br><br>Defendant. | \*<br>\*<br>\*<br>\*<br>\*   CASE NO.:_____<br>\*<br>\*<br>\*<br>\*<br>\*<br>\*<br>\*<br>\*<br>\*<br>\*<br>\* |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## COMPLAINT

Lauren Hardeman, Plaintiff, by and through her undersigned counsel, and bring this civil action against Andrew Howard Kline, Defendant. For her cause of action, she states as follows:

## PARTIES

1. Plaintiff Lauren Hardeman is an adult resident of Greensboro, Georgia

2. Defendant Andrew Howard Kline is an adult resident of Forest Hill, Maryland.

## JURISDICTION AND VENUE

3. This is an action for personal injury caused to the Plaintiff by the negligence of the Defendant which occurred in the State of Maryland.

4. The incident occurred at the intersection of Emmorton Road (Route 924) and Abingdon Road in Harford County.

1

5. The parties are residents of different states.

6. There is complete diversity of citizenship between the parties.

7. The United States District Court has diversity jurisdiction in this matter pursuant to 28 U.S.C. §1332(a)(1).

8. Venue is proper in the Northern Division of the United States District Court for the District of Maryland pursuant to 28 U.S.C. §1391(b)(2), as the events giving rise to this cause of action occurred in or around Harford County, Maryland, located within the Northern Division.

9. The amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00).

## FACTS COMMON TO ALL COUNTS

10. On August 6, 2018 at approximately 8:42 p.m., Plaintiff Lauren Hardeman was a passenger in a vehicle being operated by James Hardeman. Mr. Hardeman was operating a 2011 Honda Ridgeline heading northbound Maryland Route 924 near Abingdon Road.

11. At all times relevant herein, the vehicle in which Plaintiff was a passenger was being operated lawfully, within its designated lane, with proper working lights and equipment.

12. Defendant Andrew Howard Kline, was operating a 2003 Volkswagon Passat owned by Stephen Daniel Kline.

13. Defendant Andrew Howard Kline was heading southbound on Maryland Route 924, when he made a left-hand turn, in front of the vehicle Plaintiff was in as a passenger, resulting in the crash.

14. At the time of the crash, Defendant, Andrew Howard Kline was driving too fast for the conditions failed to yield the right of way when making a left-hand turn and made a left-hand turn into vehicle's path of which Plaintiff was a passenger.

15. As a direct and proximate result of this collision, Plaintiff sustained severe and permanent injuries.

16. Plaintiff's damages include pre-impact fright, medical expenses in the past, medical expenses into the future, lost wages in the past, and future loss of earning capacity, inconvenience, disfigurement, mental anguish in the past, mental anguish into the future, physical pain and suffering in the past, and physical pain and suffering that Plaintiffs are expected to endure into the future.

## COUNT I
### Negligence
**(Lauren Hardeman v. Andrew Howard Kline)**

Plaintiff incorporates and re-alleges all statements and allegations contained in the previous paragraphs of this Complaint as if fully set forth herein and further state as follows:

17. Defendant Andrew Howard Kline owed a duty of ordinary and reasonable care to Plaintiff to not do the following, which he nonetheless did, and thereby breached said duties of care to Plaintiffs: (a) maintain proper lookout and control of the vehicle he was operating; (b) obey all traffic laws and regulations then and there existing; (c) obey traffic control devices; (d) obey the laws of the State of Maryland; (e) maintain proper speed for the conditions; (f) reduce the speed of the vehicle or stop to avoid a collision; (g) maintain control of the vehicle he was operating; (h) yield the right of way to other motorists on the roadway; (i) keep a proper lookout for vehicles and oncoming traffic; (j) adhere to appropriate standards of care with respect to the operation of a motor vehicle; and in other respects was careless, reckless, and negligent.

18. As a result of the collision, Defendant Andrew Howard Kline was cited by the Maryland State Police with failure to yield the right of way to vehicles approaching in the opposite direction.

19. As a direct and proximate cause of the negligence of Defendant Andrew Howard Kline, Plaintiff sustained severe and permanent injuries.

20. Plaintiff's damages include but are not limited to: pre-impact fright, medical expenses in the past, medical expenses into the future, lost wages in the past, future loss of earning capacity, inconvenience, disfigurement, mental anguish in the past, mental anguish into the future, physical pain and suffering in the past, and physical pain and suffering that she is expected to endure into the future.

21. The Plaintiff's injuries from the collision with the Defendant Andrew Howard Kline are permanent.

22. All of the above-named damages were directly and proximately caused by the negligence of Defendant, Andrew Howard Kline. They were incurred without contributory negligence or assumption of risk on Plaintiff's part, and without any opportunity for Plaintiff to avoid the collision.

WHEREFORE, Plaintiff, demands judgment against the Defendant in an amount in excess of $75,000.00, plus costs, pre-judgment interest, and post-judgment interest as this Honorable Court deems appropriate.

Respectfully submitted,

**MILLER & ZOIS, LLC**

_____/s/_____
Ronald V. Miller, Jr.
Fed. Bar No. 25721
Rodney M. Gaston
Federal Bar No. 06603
1 South Street, Suite 2450
Baltimore, Maryland 21202
Ph: (410) 553-6000
Fax: (410) 431-1484
RodGaston@millerandzois.com
***Attorneys for Plaintiffs***

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LAUREN HARDEMAN<br>1011 Cotton Gin Road<br>Greensboro, Georgia 30642<br><br>Plaintiff,<br><br>v.<br><br>ANDREW HOWARD KLINE<br>1940 Pleasantville Road<br>Forest Hill, Maryland 21050<br><br>and<br><br>STEPHEN DANIEL KLINE<br>1940 Pleasantville Road<br>Forest Hill, Maryland 21050<br><br>Defendants. | * * * * * * * * * * * * * * * * * * * * * | CASE NO.:_____ |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFF'S REQUEST FOR JURY TRIAL

Plaintiff prays a trial by jury on all issues.

Respectfully submitted,

**MILLER & ZOIS, LLC**

_____/s/_____
Ronald V. Miller, Jr.
Fed. Bar No. 25721
Rodney M. Gaston
Federal Bar No. 06603
1 South Street, Suite 2450
Baltimore, Maryland 21202
Ph: (410) 553-6000
Fax: (410) 431-1484
RodGaston@millerandzois.com
***Attorneys for Plaintiffs***